# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff(s), | Case No. 3:10cr119(1) |
| vs. | : |
| | Judge Walter Herbert Rice |
| DARYL STOLLINGS | : |
| Defendant(s). | : |

## ORDER

It is the order of this Court that, the defendant, Daryl Stollings, will voluntarily surrender himself to the United States Marshal Service on a date to be designated by the United States Marshal Service.

IT IS SO ORDERED.

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record