IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:10cr119

JAMES HAMILTON,

    JUDGE WALTER HERBERT RICE

    Defendant.

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. §3582(c)(2) (DOC. #72); REASONING SET FORTH

---

The motion of the Defendant, seeking a reduction of sentence previously imposed, pursuant to 18 U.S.C. §3582(c)(2) (Doc. #72), is overruled, given that the Defendant was sentenced to the mandatory minimum sentence of 60 months, and, accordingly, the Fair Sentencing Act of 2010, which made no change in the statutory minimum penalties that apply to incarcerated offenders, prevents a reduction in sentence pursuant to its terms.

June 20, 2012

    WALTER HERBERT RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

Ken Parker, AUSA
James Hamilton, *Pro Se*