IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff(s), | Case No. 3:10-cr-119(3) |
| vs. | : |
| | : Judge Walter Herbert Rice |
| KEITH PEOPLES, | : |
| Defendant(s). | : |

## ORDER RELEASING DEFENDANT KEITH PEOPLES

The defendant having been remanded to the custody of the United States Marshal on 12/19/2012 pursuant to Oral Order of this court, it is the order of this Court that the defendant, Keith Peoples, be released.

The U.S. Marshal is directed to release the defendant Keith Peoples.

IT IS SO ORDERED.

December 20, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record
United States Marshall Service