IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :

    Plaintiff,  : Case No. 3:10-cr-119(3)

vs.  : JUDGE WALTER H. RICE

KEITH PEOPLES,  :

    Defendant.  :

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF HIS SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE WITH STATED CONDITIONS; DEFENDANT WAIVES NOTICE OF RIGHT OF APPEAL; TERMINATION ENTRY

---

On January 30, 2013, the Defendant, having previously been found in violation of his supervised release which began August 1, 2011, appeared in open court for final disposition.

Pursuant to the record made in open court on the aforesaid January 30, 2013, this Court declined to revoke supervised release, as Defendant is showing that he not only can remain in the community but contribute to that community as well. Defendant is continued on supervised release, the Court finding that Defendant can benefit from continued substance abuse treatment, the statutory exception to revocation is granted. Defendant will remain on supervised release, subject to complying with all the rules and

1

regulations of the Probation Department and of the Supervision Plan into which he entered (see attachment).

At the conclusion of the above, the Defendant waived his Notice of his Right of Appeal.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

March 25, 2013

                                  WALTER H. RICE, JUDGE
                              UNITED STATES DISTRICT COURT

Copies to:

Counsel of record