**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:10-cr-119(3) |
| | : | JUDGE WALTER HERBERT RICE |
| vs. | : | |
| KEITH PEOPLES | : | |
| Defendant | : | |

___

**ENTRY REFERRING DEFENDANT FOR PSYCHOLOGICAL
EVALUATION TO DETERMINE EXTENT OF DEFENDANT'S MENTAL
FUNCTIONING/MENTAL STATUS EVALUATION**
___

Pursuant to the record made in open Court on Thursday, May 30, 2013, this Court refers the Defendant to Dr. Massimo DeMarchis, Psy. D., for psychological evaluation on the Defendant's present mental condition, pursuant to 18 U.S.C. §3552 ( c ), specifically to determine if the Defendant has Attention Deficit Disorder (ADD), it is the request of this Court that said evaluation address and discuss treatment availability for past traumatic events, as well as any other factors the evaluator believes to be of consequence in addressing the above issues.

It is the request of this Court that counsel for the parties, should they deem it advisable, furnish Dr. DeMarchis with any material deemed pertinent, within seven (7) days from this Order. Dr. DeMarchis is to contact Kristin Keyer at (937) 512-1470 to arrange an appointment with the defendant to complete the evaluation.

This evaluation is to be completed within 30 days' time, unless an extension is requested.


May 30, 2013                                  /s/ Walter H. Rice
                                              WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE



Copies to:

Counsel of Record
United States Marshal
United States Probation Department(Kristin Keyer)