IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEITH PEOPLES,

    Defendant.

Case No. 3:10cr119 (3)

JUDGE WALTER H. RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH A REIMPOSED PERIOD OF SUPERVISED RELEASE TO FOLLOW; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On May 30, 2013, the Defendant, having previously been found in violation of his supervised release which began August 1, 2011, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid May 30, 2013, the Defendant was found in violation of supervision and the Court revoked same, remanding the Defendant to the custody of the Attorney General of the United States for a period of time served (70 days served on revocation), with a 33 month period of reimposed supervised release, minus the aforesaid 70 days, to be served. As conditions of the reimposed period of supervised release, the Defendant is to comply with all undischarged conditions of supervision that remain outstanding, save and excepting the particulars of the Supervision Plan of December 1, 2012, which has been superseded by one entered May 30, 2013. As an additional condition of supervision, the

Defendant is to follow each and every one of the twelve items set forth in the Supervision Plan of May 30, 2013.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned supervised release violation proceeding is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

June 24, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record

RE: PEOPLES, Keith

Case # 3: 10CR 119(3)

**SUPERVISION PLAN**

1. Attend AA/NA meetings weekly and build a support system to support sobriety, including sponsorship and working on the 12-step program.

2. Obtain a sponsor within one (1) week of his release from jail, and provide the name and number to his probation officer for verification purposes.

3. Seek full-time employment weekly, to include attendance at any recommended programming by the probation officer, through the Montgomery County Office of Ex-Offender Reentry Office.

4. Make a better effort to utilize the support of fellow reentry group members.

5. Call DayMont and schedule an appointment with counselor within 3 working days of his release from jail. Keep all appointments at DayMont, including the previously scheduled appointment with the psychologist on July 3, 2013.

6. Perform community service on a weekly basis, until hours are satisfied.

7. Report to the probation officer on a weekly basis and submit weekly urine samples without dilution, until the probation officer changes the frequency of reporting.

8. Practice good decision making, which supports the elimination of negative people, places and things that have resulted in prior negative consequences.

9. Attend Nova House weekly until excused by Nova House and the probation officer.

10. Comply with any referral to Dr. DeMarchis for issues related to past traumatic events and possible A.D.D. Comply with any other referral for counseling related to traumatic events.

11. Make it a priority each month to obtain a monthly bus pass for transportation purposes.

12. Start believing in self.

_____ 5/30/13
Keith Peoples, Defendant     Date

_____ 5/30/13
Kristin A. Keyer              Date
U.S. Probation Officer

_____ 5/30/13
Vince Popp, Esq.              Date

3